# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:14-cr-00018-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| SHANNON MACK OWENS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Seal the Motion for Downward Departure. [Doc. 21]

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present case, the public has been provided with adequate notice and an opportunity to object to the Government's motion. Further, the subject motion contains sensitive information concerning the Defendant and that the public's right of

access to such information is substantially outweighed by the competing interest in protecting the details of such information.  Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the document is necessary to protect the Defendant's privacy interests.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Seal [Doc. 21] is **GRANTED**, and the Government's Motion for Downward Departure [Doc. 20] shall be sealed and shall remain sealed until further Order of this Court.

**IT IS SO ORDERED.**

Signed: April 17, 2015

Martin Reidinger
United States District Judge